PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
CR 97-49-1

DOCKET NUMBER *(Rec. Court)*
5:05 CR 24-R

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Robert V. Lewis | DISTRICT<br>**NORTHERN DISTRICT OF IOWA** | DIVISION<br>**Cedar Rapids** | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>**The Honorable Michael J. Melloy** | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>**01/28/2005** | TO<br>**01/27/2010** |

OFFENSE

**21 U.S.C. §§ 846, 841(a)(1), & 841(b)(1)(A) - Conspiracy to Distribute & Possess With Intent to Distribute Cocaine Base, "Crack" Cocaine**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF IOWA"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Kentucky        upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_September 16, 2005_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    WESTERN DISTRICT OF KENTUCKY

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Sep/ 27, 2005_
Date

_____
United States District Judge