IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 97-49 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT LEWIS, et al | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISPOSE OF CONTAMINATED EVIDENCE

The United States hereby requests that the Court authorize destruction of the evidence maintained by the Cedar Rapids Police Department (CRPD) in the above-captioned case.

The case is closed, so the evidence is no longer needed for Court purposes. Further, the CRPD has reported that the evidence was contaminated in the recent flooding in Cedar Rapids and is no longer useful as evidence.

Therefore, the government requests the Court enter an Order authorizing destruction of the evidence in this closed case.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on July 1, 2008.

UNITED STATES ATTORNEY

BY: s/ s.rose

COPIES TO:

Counsel of record

By: s/ Stephanie M. Rose

STEPHANIE M. ROSE
Assistant United States Attorney
401 1st Street S.E., Ste. 400
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990- fax
Stephanie.Rose@usdoj.gov